No. 78-1276.  KAPP v. NATIONAL FOOTBALL LEAGUE ET AL. C. A. 9th Cir.  Certiorari denied.

No. 78-1277.  GOLDING v. CITY COUNCIL OF THE CITY OF RICHMOND ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 78-1281.  IOWA BEEF PROCESSORS, INC. v. SMITH. C. A. 8th Cir.  Certiorari denied.

No. 78-1283.  BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES, ET AL. v. KANSAS CITY TERMINAL RAILWAY CO. C. A. 8th Cir.  Certiorari denied.

No. 78-1289.  GODWIN v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 78-1291.  VAN GORDON v. OREGON STATE BOARD OF DENTAL EXAMINERS ET AL.  Ct. App. Ore.  Certiorari denied.

No. 78-1293.  STEWART v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78-1297.  WINE v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 78-1301.  HICKEL ET AL. v. THOMAS, LT. GOVERNOR OF ALASKA, ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 78-1304.  AMERICAN SEATING CO. v. NATIONAL SEATING CO.  C. A. 6th Cir.  Certiorari denied.